UNITED STATES COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: ROBERT COX (J)#91159-004    CASE NO: 09-6332-ROSENBAUM
AUSA: SCOTT EDENFIELD (S. Dickson)  ATTY:
AGENT:    VIOL: 18:USC §1591
PROCEEDING: REPORT RE COUNSEL    RECOMMENDED BOND:
BOND/PTD HEARING HELD - yes / no    COUNSEL APPOINTED:
BOND SET @:    To be cosigned by:

FILED by _____ D.C.
SEP 17 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – FT. LAUD.

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew/Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

△ - Present in Court. No Counsel.

{ Albert Winicler Appeared via phone - has not been retained. }

Court - finds Good Cause. Reset Matter to 9.22.09 @ 9:30

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
REPORT RE COUNSEL:    9-21-09    11:00    BSS
PTD/BOND HEARING:    9-22-09    9:30    Seltzer
PRELIM/ARRAIGN OR REMOVAL:    9/22/09    11:00 AM    SELTZER
STATUS CONFERENCE:

DATE: 9/17/09   TIME: 11:00 AM   FTL/TAPE/# 09-BSS D.A.R.  68   Begin: 651-698  8

{15 Mins}    11:07:29

Recalled 1152-1744